IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHYSTOPHER LEE,

    Plaintiff,

v.                                                                     Civil Action No. **3:08cv99**

PATRICK GURNEY, *et al.*,

    Defendants.

**MEMORANDUM ORDER**

Plaintiff, a Muslim inmate proceeding *pro se*, filed this action alleging that Defendants Gurney, Vaughn, and Washington violated his rights by not allowing him to engage in group prayer in the prison recreation yard.[1] Upon review of the submissions before the Court it is ORDERED that:

1. Defendants Gurney and Washington have moved for an extension of time to comply with the Memorandum Order entered on September 23, 2009, which directed them to provide further responses to Plaintiff's discovery requests. Upon good cause shown, *see* Fed. R. Civ. P. 6(b)(1)(A), the motion is GRANTED. (Docket No. 53.) Defendants Gurney and Washington's compliance with the September 23, 2009 Memorandum Order on October 13, 2009 is DEEMED timely.

2. Defendants Gurney and Washington have supplied the Court with Defendant Vaughn's address. The Clerk is DIRECTED to issue process for Defendant Vaughn at the address provided.

---

[1] Patrick Gurney is the Assistant Warden at Nottoway Correctional Center ("NCC"). G.K. Washington is the Regional Director for the Central Region of the Virginia Department of Corrections. Douglas Vaughn is the former Warden of NCC. Vaughn is retired and has not been served with a copy of the complaint.

3. The Marshal is DIRECTED to serve Defendant Vaughn in accordance with Federal Rule of Civil Procedure 4(e) and file his return within thirty (30) days of the date of entry hereof. Service shall include a copy of this Memorandum Order, and the Memorandum Opinion and Order entered on September 25, 2009.

4. The Marshal shall redact Defendant Vaughn's home address from any return or summons the Marshal provides to the Court or Plaintiff.

Let the Clerk send copies of this Memorandum Order to Plaintiff and counsel of record.

It is so ORDERED.

/s/ *(signed)*
M. Hannah Lauck
United States Magistrate Judge

Date: 11-9-09
Richmond, Virginia