IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**CHRYSTOPHER LEE,**

    Plaintiff,

v.                                                       Civil Action No. **3:08cv99**

**PATRICK GURNEY,** *et al.*,

    Defendants.

## ORDER

It has come to the Court's attention that there was a scrivener's error in the Memorandum Opinion entered on September 24, 2009. Accordingly, the last line of page 13 of the September 24, 2009 Memorandum Opinion, which continues on to page 14, is AMENDED to read as follows: "Because Defendants have failed to demonstrate that they have employed the least restrictive means to further a compelling interest, the motion for summary judgment will be DENIED with respect to Claim Four."

The Clerk is DIRECTED to send a copy of the Order to Plaintiff and counsel of record.

And it is so Ordered.

Dated: 3-24-10
Richmond, Virginia

/s/
James R. Spencer
Chief United States District Judge