In The United States District Court
for the Eastern District of Virginia
Richmond Division

FILED
MAY 17 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

FROM: CHRYSTOPHER LEE #1011188
(Plaintiff)
Civil Action No: 3:08-CV-99

(CHRYSTOPHER LEE #1011188
(Plaintiff)
vs.
PATRICK GURNEY, et als.
(Defendants))

RE: UN-EXPECTED TRANSFER and Withholding of Property, Obstruction of Plaintiffs ability to appropriately follow Courts instructions with Malicious Intent.

(Plaintiff Copy for RETURN SERVICE)

Comes Now, I CHRYSTOPHER LEE #1011188 humbly ask the Honorable Court for an extension, as I believe and will prove the Defendant's conspicuous actions in Hampering my ability to effectively Litigate my case. The case at Bar should be adjudicated by a Judge given the facts not by a defendant's obstruction of the Plaintiffs ability to present his case due to manipulation of the Correction System. I also ask the Honorable Court to Compel Nottaway Corr. Center to Transfer Said Property (which encompasses Plaintiffs legal work) of the Plaintiff to the Plaintiff and be held in contempt and Penalized for the Obstruction.

To Adequately present this request I will describe the timeline along with the facts of This situation simultaneously. The situation will also contain Notes along with pertinent Dated Documentation of my Efforts to try and obtain my property, and the reason I believe this is Purposefully being Done.

The Timeline and situation is as follows:

1) (SAT) 4-10-2010: Placed in Isolation without property
2) (MON) 4-12-2010: Property given to SGT. TUCKER (Property SGT.) in Property Office to be Inventoried and Given to me.
3) (WED) 4-14-2010: Property Received (Items missing + broken) Wrote Informal Complaint (Enclosed)
4) (WED) 4-21-2010: While in Isolation; Received Motion for Summary Judgement from SAAG (Defendants) Given a 20 Day Deadline; Can not Depose witnesses or obtain Affidavits. No Attorney; Officers will not give an Inmate Affidavits or any response. (Must call as witnesses) Started to write response anyway!
5) (MON) 4-26-2010: 10:AM Told to pack up for transfer next day! Property taken + packed in my absence.
6) (TUES) 4-27-2010: Transferred from Nottoway to Sussex 1 State Prison w/ T.V. Books (religious), Prayer Rug; No Cosmetics, No Food No Legal Work to Finish Response to Motion for Summary Judgement Left Central Region w/ Regional Administrator G.K. Washington (Defendant) + Transferred to Eastern Region.

NOTE: I was still in plenty of time to finish Response and Mail to Court, was under impression Property would be mailed, the next day because the Money for shipping/postage was taken off my books 4-27-2010. (On Money statement. Enclosed) "If money was taken off books that obviously means property was packed and weighed on the 27th of April."

7) (WED) 4-28-2010: Met with new Counselor MS. Ricks for Orientation Informed her of my legal situation She (Counselor Ricks) Sent E-mail to Nottoway Informing them of legal work and to please send property ASAP!

8) (Thurs) 4-29-2010: Received via Mail 2 informal complaints ① stating "Your watch is in your Property Being Shipped to you Tracking No: 220-10-INF-00758 (Enclosed) ② stating "C/O Osbourne said "Your CD Player worked when you got it in Isolation" (Not Enclosed currently in Dispute in Greivance Office at Nottoway!)

9) (Fri) 4-30-2010: Mailed Regular Grievance to Nottoway about CD Player being broken; "C/O Osbourne's Statement is False."

10) (Thurs) 5-6-2010: Received statement from Nottoway Accounting about "Mistaken Deposit" that was corrected (still checking on that) Also Received "5" Inmate Statement of Charges for Postage/Sussex 1:

(Enclosed) ALL DATED 4-27-2010
- ⓐ Document No: 000052 - $18.50
- ⓑ Document No: 000053 - $12.00
- ⓒ Document No: 000054 - $17.00
- ⓓ Document No: 000055 - $6.50

Dated 4-28-2010
- ⓔ Document No: 000001 - $8.50

NOTE: Again Proof that my Property was packed, weighed + charged to me on at the latest 4-28-2010 while I still had plenty of time to file my response. (The Plaintiff also contends Malicious Price Gouging, as the amounts of the postage and shipping charges indicate items ⓑ, ⓓ, + ⓔ could have been mailed in a single box at a single cheaper rate.) Also at this point my money has not been transferred either, so at Sussex 1 I "can not" go to the Prison Canteen to Buy Stamps or Paper to Send Letter to the Court.

11) (Fri) 5-7-2010: Received Deposit Notice from Nottoway Document #774846 for $337.83 (Spend $312.83 - Hold $25.00) Dated 5-7-2010. Filed for Paper + Stamps on Canteen, to be Delivered on 5-12-2010!

12) (MON) 5-10-2010: WROTE EMERGENCY GREIVANCE ABOUT PROPERTY. (ENCLOSED) WAS ADVISED "PROPERTY IS STILL NOT HERE FROM NOTTOWAY". DEADLINE FOR LEGAL WORK (RESPONSE TO JAAG'S MOTION FOR SUMMARY JUDGEMENT) IS DUE. STILL NO PROPERTY! SENT INFORMAL COMPLAINT TO NOTTOWAY

NOTE: IF MY PROPERTY (I.E. LEGAL WORK) WAS MAILED ON THURS. APRIL 29th AS WAS ENTIRELY POSSIBLE GIVEN THAT IT WAS PACKED, WEIGHED & I WAS CHARGED ON THE 28th OF APRIL IT COULD HAVE BEEN IN MY HANDS NO LATER THAN THE 4th OF MAY, THAT'S BEING INCREDIBLY GENEROUS, BECAUSE IT IS IN-STATE AND LESS THAN 2 HRS. AWAY. AND I WOULD HAVE MET MY DEADLINE WITH TIME TO SPARE. ALSO THEY KNEW ABOUT THE SITUATION (SEE ITEM "7" PAGE 2) BECAUSE MY COUNSELOR SENT AN E-MAIL OUTLINING MY IMPORTANT CASE.

13) (TUES) 5-11-2010: SIGNED FOR "CARE PACKAGE" WITH PAPER & ENVELOPE TO SEND THIS!

SO IN CONCLUSION, THE PLAINTIFF CONTENDS OBSTRUCTION BY NOTTOWAY, POSSIBLY BY DESIGN FROM REGIONAL ADMINISTRATOR WHO HAPPENS TO BE A DEFENDANT. AS THE EVIDENCE SHOWS THERE IS ABSOLUTELY NO REASON THAT MY PROPERTY SHOULD NOT HAVE BEEN SENT TO ME; AND AS OF TODAY (WED) (5-12-2010) I STILL HAVE NOT RECEIVED MY PROPERTY! I HAVE BEEN CHARGED AND HAVE NOTHING. MY PROPERTY IS SITTING SOMEWHERE AND I AM HELPLESS TO DO ANYTHING BUT WAIT! THIS AT THE VERY LEAST SHOWS MALICIOUS INTENT. A PERSON (INMATE) WAS TRANSFERRED ON THE SAME DAY FROM AGUSTA CORR. CENTER AND SAT NEXT TO ME ON THE BUS, HIS PROPERTY CAME IN 5 DAYS, (FROM THE WESTERN REGION) JUST A NOTE!

The Plaintiff humbly requests a chance to finish his case on an even playing field without being subject to Prison System manipulation.

The Plaintiff also requests you take into account His ~~his~~ Record up until this point. I have filed all materials in plenty of time, with time to spare I might add. There is <u>No way</u> I would Jeopardize such an important case that impacts not only myself but the entire Muslim Incarcerated Comm.

Once again the Plaintiff requests the Honorable Court to Grant His request for extension and compel the Nottoway Correctional Center Property Sgt. to and or Warden, asst. Warden or Designee to send my Property (I.E. legal work) ASAP! Whatever penalty or chastisement the Court deems appropriate if any, would not bother the Plaintiff the least bit!

*Christopher Lee* #1011188
CHRYSTOPHER LEE #1011188
Plaintiff, pro se.

(Plaintiff Copy for Return Service)