IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

F I L E D
JUN 11 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

CHRYSTOPHER LEE )
Plaintiff, )
)
)
VS. ) Civil Action No: 3:08-cv-99
)
PATRICK GURNEY, ET als ) (HAND WRITTEN Original)
DEFENDANTS, )

## Statement of Cause

On June 6, 2010 the Honorable Court Directed Plaintiff to show cause why his claims for injunctive Relief should not be dismissed as "MOOT" referring to Plaintiffs Transfer to a Different Facility. Herein lies Plaintiffs Show Cause.

## ARGUMENT

[1] Plaintiff contends that transfer in itself does not render claim for injunctive Relief moot, because stated violation of Plaintiffs Rights occurred on and during this incarceration at Nottoway Correctional Center (NCC).

A "MOOT" Case Rendering would not change the fact that violation occurred or that Plaintiff Did challenge said violation, or the fact that Defendants Did "Move for Summary Judgement", or That The Honorable Court Did Deny The Motion with respect to Claim Four or That Defendants Did not challenge Claim Three.

Plaintiff Contends that essentially "sweeping the case at Bar "UNDER THE RUG" with a Rendering of

"MOOT" is to say that violation never occurred, after the court has adjudicated thus far. Said "Rendering of Moot" would be like saying that a person who was physically assaulted & sustained a broken arm & vision altering blows to the head, and files a claim, could have his claim "Rendered 'Moot'" by simply being transferred! The Plaintiff contends and assuredly states that his religion tenets in Islam that have been taken away from him are viewed just as seriously if not more so. Physical injuries may ultimately heal, or not, but the soul is eternal, and without the chance to ask for forgiveness it may eventually be lost. The Plaintiff was denied this religious right.

[2] In Defendants Exhibit III the Affidavit of John Jabe (Deputy Director of Operations for the Virginia Department of Corrections. VDOC) (Attachment #(2) Document No.(74) Brief in Support to [73] Motion for Summary Judgement) was introduced to the case. Plaintiff contends that if defendants were not penalized, that as a matter of future events the Deputy Director would instantly enact sweeping adverse policy throughout the Virginia Department of Corrections.

[3] On November 27, 2009 (11/27/2009) Plaintiff did file for Defendant a Preliminary Settlement Draft, (Document #59) in which he stated in such that "Defendant's as well as the Plaintiff may wish to diminish monetary settlement with other forms of compensation." (pg 2; No.5 reason:) But "NO" response was ever given. The Plaintiff contends

THAT TERMS & PROVISIONS WERE "VERY LOOSELY" DRAWN INTENDED TO PROVOKE PERHAPS A SIMPLE MEETING BETWEEN OPPOSING COUNSEL AND PLAINTIFF THAT MAY HAVE BEEN MUTUALLY BENEFICIAL AND MAY HAVE SAVED THIS HONORABLE COURT TIME AND BOTH PARTIES TIME AND MONEY, HOWEVER "NO" RESPONSE WAS EVER GIVEN. THE PLAINTIFF REMAINS OPEN TO THIS MEETING, EVEN TO THIS DAY. A SHORT DRIVE TO SUSSEX 1 STATE PRISON & A MEETING WITH PLAINTIFF AND RELIGIOUS IMAM ASHGAR GORAYA MIGHT POSSIBLY RESULT IN AN AMICABLE END TO THIS MATTER AT BAR.

Respectfully Submitted

Christopher Lee #1011188

CHRYSTOPHER LEE #1011188
PLAINTIFF Pro, SE

# Certificate of Service

I CHRYSTOPHER LEE, PLAINTIFF; HEREBY CERTIFY that on this __8th__ Day of __June__, 2010 I did via FIRST CLASS MAIL, mail a true and complete handwritten copy of the foregoing to the OFFICE of THE ATTORNEY GENERAL OF VIRGINIA, ATTORNEY FOR THE DEFENDANT[S] ATTN: Mark Davis at 900 EAST MAIN STREET, RICHMOND, VA 23219

_____ #1011188
CHRYSTOPHER LEE #1011188
PLAINTIFF, Pro Se.

# Notary

Subscribed and Sworn Before me in my jurisdiction this __Tuesday__ Day of __June 8__, 2010.

[Seal: ARTHUR LEE JONES, NOTARY PUBLIC, REG. #7241533, COMMONWEALTH OF VIRGINIA]

_____
Notary Public

My Commission Expires __May 31, 2013__

I CHRYSTOPHER LEE #1011188 CERTIFY THE ABOVE NOTARY IS NOT A PARTY TO THIS ACTION.

_____ #1011188
CHRYSTOPHER LEE #1011188