IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FILED
AUG -9 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| CHRYSTOPHER LEE, ) | |
| PLAINTIFF, ) | |
| ) | Civil Action |
| V. ) | No. 3:08-cv-99 |
| ) | |
| PATRICK GURNEY, et al., ) | (HANDWRITTEN COPY) |

## Notice of Expert Witnesses

Pursuant to Fed. Rules of Civil Procedure 26(a)(2)(B) Plaintiff files the following Notice of Required Disclosure as it pertains to Expert Testimony.

The following witnesses are NOT specifically employed or retained to provide expert testimony, rather they are members of the Sunni Muslim community, whose experience and education are regarded as extensive, as regards to Islam, The Qur'an (our Holy Book on which Islam is based) and the understanding of our (Sunni Muslim) way of life. Furthermore the following witnesses are providing testimony on a purely voluntary basis.

The Names of the Expert Witnesses are as follows:

(1) Imam Ammar Amonette

(CONT)

POSITION: Imam (Spiritual Leader) of
The Islamic Center of Virginia
(ICVA)

TESTIMONY: Will pertain to religious tenets that require congregational prayer if 2 or more Muslims are present at the time of prayer, as well as the substantial blessings believed to be lost by not adhereing to that tenet. He will testify to the fact that only the leader of the prayer speaks and there is no "Conversation" during said prayer. The Imam will testify as to the general length of the prayer and the peaceful nature and performance of said prayer. The Imam will use the Qur'an and Hadeeth (sayings of our Noble Prophet) as well as rules of understanding in our Muslim way of life.

Qualifications
Graduate of
Mecca University

(2) BRO: ASGHAR GORAYA
POSITION: Director of MCSVA, Prison Outreach Coordinator (Muslim Chaplain Services of Virginia)

TESTIMONY: Has testified in religious case Couch v. Jabe, et al, Case No. 7:05-CV-00642

(CONT) TESTIMONY: Case No 7:05-CV-00642 will testify as to VDOC oppresive practices concerning Muslims, and refusal to grant basic religious rights as to date. He will also testify that the times of prayer must be adhered to regardless of location.

(3) Bro. Carroll Malik

Position: Member of Muslim Chaplain Services of Virginia (MCSVA) Prison Outreach Section.

Testimony: Will testify as to conditions peaceful Muslims have been forced to endure regarding practicing religious tenets throughout the Virginia Prison System.

Pursuant to Rule 26(a)(2)(b)(i) the Plaintiff contends the witnesses statements and opinions will be in support of widely & generally known tenets of the practice of Islam, the reasons for them are to refute the arguments of the Defendant's claims that group prayer is a security risk to the orderly operation of the institution (which it is not). The exhibit's that will be used are the Holy Qur'an, (the Muslim Holy Book), Hadeeth (sayings + actions of our Prophet) and Fiqh (understanding

and meanings as passed down by the learned scholars of Islam) I.E. Rule 26(a)(2)(b)(iii) there is NO compensation as previously stated the Qualifications have been stated.

The Plaintiff has intended to call as a witness the Rec. Yard Officers but due to transfer from facility was not able to procure anymore than last names. As to witnesses (as stated on enclosed statement) the Plaintiff received response from witnesses on 7-29-2010, as I am incarcerated and my institution (Sussex 1 Prison) is on the Quarterly lockdown, I am confined by the time constraints of the U.S. Mail. The Plaintiff humbly requests in lieu of affidavits, the Honorable Court accepts enclosed document as proof of witnesses' willingness to appear as Expert witnesses

Respectfully Submitted,

Christopher #1011188

CHRYSTOPHER LEE #1011188

# NOTARY

Subscribed and Sworn before me in my Jurisdiction This  5th  Day of August, 2010.

*Barbra C. Spring*
Notary Public

[STAMP: BARBRA C. SPRING / NOTARY PUBLIC / Commonwealth of Virginia / Reg. #7304496 / My Commission Expires 2/08/2013]

My Commission Expires  2/08/2013 .

I CHRYSTOPHER LEE CERTIFY the ABOVE NOTARY IS NOT a Party to this Action.

*Chrystopher Lee #1011188*
CHRYSTOPHER LEE #1011188

## Certificate of Service

I CHRYSTOPHER LEE, PLAINTIFF HEREBY CERTIFY that on This  5-TH  Day of August, 2010 I did mail via First Class Mail, Mail a true and complete copy of the foregoing to the ATTORNEY GENERAL of Virginia, ATTORNEY FOR THE DEFENDANTS at 900 EAST MAIN STREET Richmond, VA 23219.

*Chrystopher Lee #1011188*
CHRYSTOPHER LEE #1011188